PROB 12C
(6/16)

Report Date: July 16, 2021

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Norman Ford | Case Number: 0980 2:06CR00083-EFS-1 |
| Address of Offender: | Washington 99040 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 9, 2009

| | | |
|---|---|---|
| Original Offense: | Accomplice to Second Degree Murder, 18 U.S.C. §§ 1111, 2 and 1153(1)(a) and (b), and; Burglary in the First Degree, 18 U.S.C. §§ 1153(a) and 2 | |
| Original Sentence: | Prison - 210 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence (March 22, 2021) | Prison - 4,276 days<br>TSR - 60 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: March 24, 2021 |
| Defense Attorney: | Mark Edmund Vovos | Date Supervision Expires: March 23, 2026 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #16**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Ford violated the terms of his supervised release on or about June 18, 2021, by using methamphetamine.<br><br>Mr. Ford's conditions of supervised release were reviewed with him on March 26, 2021. He acknowledged an understanding of his conditions, which includes special condition number 16.<br><br>On July 1, 2021, Mr. Ford's substance abuse counselor advised the undersigned that Mr. Ford provided a urine sample that tested positive for methamphetamine. On July 1, 2021, the undersigned spoke with Mr. Ford and he denied using methamphetamine. He was directed to report to the U.S. Probation Office on July 6, 2021. On July 6, 2021, Mr. Ford again denied using methamphetamine on or about June 18, 2021. On July 13, 2021, after a lengthy conversation, Mr. Ford informed the undersigned he is uncertain how his urine sample tested positive for methamphetamine on June 18, 2021, as he had altered the sample by using synthetic urine to avoid detection for methamphetamine he had used on or about June 18, 2021. |

Prob12C
Re: Ford, Norman
July 16, 2021
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition #16**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Ford violated the terms of his supervised release on or about June 30, 2021, by using methamphetamine and heroin.

Mr. Ford's conditions of supervised release were reviewed with him on March 26, 2021. He acknowledged an understanding of his conditions, which includes special condition number 16.

On July 6, 2021, Mr. Ford submitted a urine sample which tested presumptive positive for methamphetamine and morphine. Thereafter, Mr. Ford informed the undersigned, and via a signed document, that he last used methamphetamine and heroin on or about June 30, 2021.

| | | |
|---|---|---|
| 3 | | **Special Condition #16**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Ford violated the terms of his supervised release on or about July 9, 2021, by using methamphetamine and heroin.

Mr. Ford's conditions of supervised release were reviewed with him on March 26, 2021. He acknowledged an understanding of his conditions, which includes special condition number 16.

On July 13, 2021, Mr. Ford submitted a urine sample which tested presumptive positive for methamphetamine, morphine, and cocaine. Thereafter, Mr. Ford informed the undersigned, and via a signed document, that he last used methamphetamine and heroin on or about July 9, 2021. Mr. Ford stated he has not knowingly used cocaine, although it may have been mixed in the illicit substances he used on July 9, 2021.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/16/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Ford, Norman**
**July 16, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  Other - Defendant to appear before Magistrate Judge.

_Edward F. Shea_
Signature of Judicial Officer

July 16, 2021
Date