PROB 12C
(6/16)

Report Date:  January 13, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Norman Ford                              Case Number: 0980 2:06CR00083-EFS-1

Address of Offender:                              Wellpinit, Washington 99040

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 9, 2009

Original Offense:    Accomplice to Second Degree Murder, 18 U.S.C. §§ 1111, 2 and 1153(1)(a) and (b), and; Burglary in the First Degree, 18 U.S.C. §§ 1153(a) and 2

Original Sentence:    Prison - 210 months            Type of Supervision: Supervised Release
                      TSR - 60 months

Amended Sentence:     Prison - 4,276 days
(March 22, 2021)      TSR - 60 months

Asst. U.S. Attorney:  Michael James Austen Ellis        Date Supervision Commenced: March 24, 2021

Defense Attorney:     Mark Edmund Vovos                 Date Supervision Expires: March 23, 2026

---

### PETITIONING THE COURT

**To issue a warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/16/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 16**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  It is alleged that Mr. Ford violated the terms of his supervised release on or about December 2, 2021, by using methamphetamine.

Mr. Ford's conditions of supervised release were reviewed with him on March 26, 2021. He acknowledged an understanding of his conditions, which includes special condition number 16.

On December 2, 2021, Mr. Ford provided a urinalysis specimen through his substance abuse treatment provider, the Spokane Tribe of Indians. The Spokane Tribe of Indians provided the undersigned a toxicology laboratory report of this urinalysis specimen which indicates the aforementioned urinalysis specimen was confirmed positive for methamphetamine.

**Prob12C**
**Re: Ford, Norman**
**January 13, 2022**
**Page 2**

5          **Mandatory Condition # 4**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

**Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

**Supporting Evidence**: On or about January 11, 2022, it is alleged that Mr. Ford violated the terms of his supervised release by being in possession of a firearm.

Mr. Ford's conditions of supervised release were reviewed with him on March 26, 2021. He acknowledged an understanding of his conditions, which includes mandatory condition number 4.

On January 11, 2022, the undersigned and another U.S. probation officer made contact with Mr. Ford at his residence for the purpose of a home contact. Upon arrival, Mr. Ford was observed outside the residence, in which he granted permission to enter into the residence where an attempt to collect a urinalysis was to take place. Also, present at the residence was Mr. Ford's father. Inside the residence, while the undersigned was attempting to collect a urinalysis from Mr. Ford, the other U.S. probation officer observed in plain view, a Smith and Wesson M & P 15-22 rifle in the common area on the living room couch. Mr. Ford's father ultimately claimed the firearm was his, and that he was careless to bring the firearm to their residence as he is aware that due to Mr. Ford's status of being a felon and on federal supervision this is prohibited. Due to the firearm being in plain view in the common area of the residence and it being a prohibited item, it was confiscated. Mr. Ford denied knowledge the firearm was present in his residence.

6          **Special Condition # 16**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Ford violated the terms of his supervised release on or about January 12, 2022, by using methamphetamine and cocaine.

Mr. Ford's conditions of supervised release were reviewed with him on March 26, 2021. He acknowledged an understanding of his conditions, which includes special condition number 16.

On January 12, 2022, Mr. Ford reported to the U.S. Probation Office as directed. Mr. Ford provided a urinalysis that tested presumptive positive for methamphetamine and cocaine. Mr. Ford denied use for these substances and the sample was sent to the contracted toxicology laboratory for confirmation. A primary reason the undersigned had Mr. Ford report to the U.S. Probation Office on January 12, 2022, is the undersigned believed Mr. Ford provided altered urine during the urinalysis collection on January 11, 2022.

Prob12C
**Re: Ford, Norman**
**January 13, 2022**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/13/2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[ X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[ X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Edward F. Shea

Signature of Judicial Officer

January 13, 2022

Date