PROB 12C
(6/16)

Report Date: March 31, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Norman Ford | Case Number: 0980 2:06CR00083-EFS-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 9, 2009

| | | |
|---|---|---|
| Original Offense: | Accomplice to Second Degree Murder, 18 U.S.C. §§ 1111, 2 and 1153(1)(a) and (b), and; Burglary in the First Degree, 18 U.S.C. §§ 1153(a) and 2 | |
| Original Sentence: | Prison - 210 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(March 22, 2021) | Prison - 4,276 days<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: March 24, 2021 |
| Defense Attorney: | Mark Edmund Vovos | Date Supervision Expires: March 23, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/16/2021 and 01/13/2022.

Mr. Norman Ford's conditions of supervised release were reviewed with him on March 26, 2021. Mr. Ford acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance . The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Mr. Ford violated the terms of his supervised release by using and/or possessing a controlled substance on or about February 1, 2022. |
| | Specifically, on February 17, 2022, the undersigned spoke with Mr. Ford's substance abuse counselor in which she indicated that Mr. Ford was non-compliant with his substance abuse treatment regimen, and that he last provided a urinalysis on February 3, 2022, that was confirmed positive for methamphetamine, amphetamine and fentanyl. The substance abuse counselor informed the undersigned that Mr. Ford denied using any controlled substance but |

Prob12C
**Re: Ford, Norman**
**March 31, 2022**
**Page 2**

        that he had physically touched controlled substances, which could be the reason he was testing positive for controlled substances.

        After speaking with Mr. Ford's substance abuse counselor on February 17, 2022, the undersigned then spoke to Mr. Ford. The undersigned confronted Mr. Ford on the positive urinalysis he provided on February 3, 2022. Mr. Ford then opined that he had not used any controlled substance, though he did last physically touch methamphetamine on or about February 1, 2022, and this could be the reason why he tested positive. It should be noted that Mr. Ford then made a remark that he touched methamphetamine as he had not been working and needed money to make his truck payments.

8        **Mandatory Condition #5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

        **Supporting Evidence**: It is alleged that Mr. Ford violated the terms of his supervised release as he was in possession of a firearm and ammunition on February 17, 2022.

        On the evening of February 17, 2022, the Salish Safe Trails Task Force (SSTTF) were conducting surveillance at the Spokane Tribe Casino in Airway Heights, Washington. The SSTTF, on February 17, 2022, consisted of various law enforcement agencies. Per Airway Heights Police Department (AHPD) report 2022-84002666, Mr. Ford was observed in the Spokane Tribe Casino in the driver's seat of his truck. There were two other individuals present in the truck as well. The SSTTF was previously made aware that Mr. Ford frequented the Spokane Tribe Casino and that he had an active federal arrest warrant. The SSTTF arrested Mr. Ford on the aforementioned arrest warrant without incident.

        Per Bureau of Indian Affairs (BIA) report BO22045314, after Mr. Ford was detained on the aforementioned warrant, a BIA special agent made contact with the two other individuals who were present in Mr. Ford's truck. The individual who was previously sitting in the back seat of the truck requested a cigarette. The individual who was sitting in the passenger seat relayed to the BIA special agent that the cigarettes were in the front of the truck, possibly somewhere in the console storage area. The BIA special agent obliged the request to locate the cigarettes and upon looking for them, he observed what appeared to be the barrel of a pistol in the compartment of the dash. He then terminated his search for the cigarettes. It should also be noted, per AHPD report 2022-84002666, the individual seated in the passenger seat of Mr. Ford's truck informed an AHPD officer that she observed a gun in Mr. Ford's truck at 1:30 p.m. on February 17, 2022. Mr. Ford's truck was secured and was then towed to the Federal Bureau of Investigation Safe Trails Task Force storage facility.

        On February 23, 2022, per BIA report BO22059444, a probable cause search was conducted on the truck Mr. Ford was operating on February 17, 2022. Located inside the truck was a CZ P-07 9mm pistol with serial number C484430, the magazine removed from the CZ P-07 9mm pistol contained 15 ammunition rounds, a Blazer 9mm box containing 50 rounds of ammunition was located in the driver door panel, 7 Remington 12-gauge shotgun shells were located in the center arm rest compartment, and a Blazer 9mm box containing 35 rounds of ammunition was located in the center arm rest. Additionally, it should also be noted, various drug paraphernalia items were located inside the truck.

Prob12C
Re: Ford, Norman
March 31, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 31, 2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

4/4/2022

Date