PROB 12C
(6/16)

Report Date: May 22, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Norman Ford                      Case Number: 0980 2:06CR00083-EFS-1

Address of Offender: ███████████████  Wellpinit, Washington 99040

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 9, 2009

| | |
|---|---|
| Original Offense: | Accomplice to Second Degree Murder, 21 U.S.C. §§ 1111, 2, 1153 (1)(a) and (b) |
| Original Sentence: | Prison - 210 Months; TSR - 60 Months |
| Type of Supervision: | Supervised Release |
| Amended Sentence: (March 22, 2021) | Prison: 4276 Days; TSR - 60 Months |
| Revocation Sentence: (May 9, 2022) | Prison - 366 Days; TSR - 36 Months |
| Asst. U.S. Attorney: | Michael James Austen Ellis |
| Date Supervision Commenced: | December 23, 2022 |
| Defense Attorney: | Mark Edmond Vovos |
| Date Supervision Expires: | December 22, 2025 |

---

### PETITIONING THE COURT

To issue a summons.

On December 30, 2022, the conditions of supervision were reviewed with Mr. Ford. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On or about May 2, 2023, it is alleged Mr. Ford used controlled substances, methamphetamine, cocaine, and fentanyl.<br><br>On May 2, 2023, Mr. Ford submitted to urinalysis testing at the U.S. Probation Office that yielded a presumptive positive result for methamphetamine, cocaine, and fentanyl. Mr. Ford admitted to the use of methamphetamine, but denied using any cocaine or fentanyl. The contract laboratory confirmed the positive tests for methamphetamine, cocaine and fentanyl. |

Prob12C
Re: Ford, Norman
May 22, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 22, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

### THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

May 23, 2023

Date