PROB 12C
(6/16)

Report Date: June 16, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Norman Ford | Case Number: 0980 2:06CR00083-EFS-1 |
| Address of Offender: ███████████ Wellpinit, Washington 99040 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 9, 2009

| | | |
|---|---|---|
| Original Offense: | Accomplice to second degree murder, 21 U.S.C. §§ 1111, 2, 1153 (1((a) and (b) | |
| Original Sentence: | Prison - 210 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence (March 22, 2021) | Prison: 4276 Days; TSR- 60 months | |
| Revocation Sentence: (May 9, 2022) | Prison- 366 Days; TSR- 36 Months | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: December 23, 2022 |
| Defense Attorney: | Mark Edmond Vovos | Date Supervision Expires: December 22, 2025 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/23/2023.

On December 30, 2022, the conditions of supervision were reviewed with Mr. Ford. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime. |
| | **Supporting Evidence**: It is alleged that Norman Ford violated the terms of his supervised release by being arrested for driving under the influence (DUI), possession or use of controlled substances, drugs, or drug paraphernalia on or about June 14, 2023. |
| | On June 14, 2023, at approximately 8:54p.m., officers with the Spokane Tribal Police Department (STPD) conducted a traffic stop because of an expired vehicle registration. When the officer approached the vehicle he made contact with Mr. Ford; there was also a |

Prob12C
Re: Ford, Norman
June 16, 2023
Page 2

passenger in the vehicle named Lurissa J. Flett. At that time, the offender was asked for his license, registration, and proof of insurance. Mr. Ford pointed at the glove compartment and the passenger opened it to retrieve the requested document. While doing so the officer observed a clear zip lock bag in the glove compartment, in plain view, which appeared to have white, crystal-like residue throughout the inside lining of the bag. The zip lock bag was collected and tested there at the scene using a Meth-1P Methamphetamine swab, and it displayed a blue color indicating a presumptive positive for methamphetamine.

At that time, the offender was placed under arrest for driving under the influence (DUI), possession or use of controlled substances, drugs, or drug paraphernalia.

3    **Mandatory Condition #2:** You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that Norman Ford unlawfully possessed suboxone, methamphetamine, and cocaine on or about June 14, 2023.

On June 14, 2023, during a traffic stop conducted by the STPD, officers had concerns that the offender had passed contraband to the passenger in his vehicle before being arrested. As such, his passenger was asked to exit the vehicle and when she did, officers observed that a "noticeable bulge was visible in the front waist band of her jeans." The bulging item (a black zippered bag) was subsequently removed and inspected, revealing a large amount of narcotics, to include suboxone, cocaine, and methamphetamine. Also located and seized during the traffic stop on that date was 29.1 grams of marijuana.

On June 16, 2023, this officer had the opportunity to speak with law enforcement, who had the opportunity to interview Mr. Ford; that interview was audio and video recorded. According to the information received, the offender admitted to purchasing the cocaine and methamphetamine in Spokane, Washington, and purchasing fentanyl in Reardan, Washington.

4    **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: It is alleged that Norman Ford unlawfully possessed a .22 caliber semiautomatic pistol on or about June 16, 2023.

After his arrest on June 14, 2023, the offender vehicle was impounded by law enforcement, who were in the process of applying for a search warrant to search the vehicle.

On June 16, 2023, after the search warrant was granted, Mr. Ford's vehicle was searched by officers with the STPD. That search revealed a .22 caliber semiautomatic pistol in the center counsel of the vehicle.

According to the information received, when confronted about the firearm, the offender's girlfriend informed law enforcement that the firearm belongs to Mr. Ford who reportedly "shoots it all the time."

Prob12C
Re: Ford, Norman
June 16, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 16, 2023

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

June 20, 2023

Date