PROB 12C
(6/16)

Report Date: September 25, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Norman Ford | Case Number: 0980 2:06CR00083-EFS-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Wellpinit, Washington 99040 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 9, 2009

| | | |
|---|---|---|
| Original Offense: | Accomplice to Second Degree Murder, 21 U.S.C. §§ 1111, 2, 1153 (1)(a) and (b) | |
| Original Sentence: | Prison - 210 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence: (March 22, 2021) | Prison - 4276 days; TSR - 60 months | |
| Revocation Sentence: (May 9, 2022) | Prison - 366 days; TSR - 36 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: December 23, 2022 |
| Defense Attorney: | Ryan Mark Farrell | Date Supervision Expires: December 22, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/23/2023, and 06/20/2023.

On December 30, 2022, the conditions of supervision were reviewed with Mr. Ford. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime. |
| | **Supporting Evidence**: It is alleged Mr. Ford is in violation of his conditions of supervised release by being indicted on September 19, 2023, for the following federal crimes: Conspiracy to Distribute Methamphetamine, Cocaine, and Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1),(b)(1)(C), 846 (count 1), Possession with Intent to Distribute Fentanyl, Methamphetamine and Cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) (count 2); Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8) (count 3); Providing or Possessing Contraband in Prison, in violation of 18 U.S.C. § 1791 (a)(2), |

Prob12C
Re: Ford, Norman
September 25, 2023
Page 2

(b)(1), (d)(1)(C), (d)(4) (count 4); and, Forfeiture Allegations, in violation of 21 U.S.C. § 852, 18 U.S.C. § 924(d), 28 U.S.C. § 2461 (c).

On September 19, 2023, Mr. Ford was indicted in the Eastern District of Washington, on the above-mentioned charges, case number 2:23CR00103-SAB-1.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 25, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer
September 27, 2023
Date